No. 85–1425.  REPUBLICAN PARTY OF HAWAII ET AL. *v.* MINK ET AL.  Appeal from Sup. Ct. Haw. dismissed for want of substantial federal question.

No. 85–6104.  CORDOVA *v.* TEXAS.  Appeal from Ct. Crim. App. Tex. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 84–1783.  JORDAN *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Skipper* v. *South Carolina, ante,* p. 1.

No. 84–1942.  NATIONWIDE MUTUAL INSURANCE CO. *v.* CLAY.  Sup. Ct. Ala.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Aetna Life Insurance Co.* v. *Lavoie,* 475 U. S. 813 (1986).

No. 85–5087.  ELMORE *v.* SOUTH CAROLINA.  Sup. Ct. S. C.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Skipper* v. *South Carolina, ante,* p. 1.